

FILED
MAIL

2019 NOV 18  PM 3: 22

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

MARYLAND
PENNSYLVANIA
VIRGINIA
NEW JERSEY
NEW YORK
DELAWARE
WASHINGTON, DC

Joseph J. Bellinger, Esquire
(410) 209 – 6415
Jbellinger@offitkurman.com

November 13, 2019

Clerk, U.S. Bankruptcy Court
Garmatz Federal Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD 21202

Re: Lisa R. Thomas Case No. 12-15726-NVA

Dear Clerk:

I am the Chapter 7 trustee in the above-referenced case. I enclose a Notice of Unclaimed Funds together with a check in the amount of $2,366.67 which represents surplus funds in the estate payable to the debtor Lisa R. Thomas.

Should you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Joseph J. Bellinger

FILED
MAIL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

2019 NOV 18 PM 3: 22

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Lisa R Thomas | § | Case No. 12-15726-NVA |
| | § | Chapter 7 |
| | § | |
| Debtor. | § | |

## NOTICE TO CLERK OF UNCLAIMED DIVIDEND

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2,366.67 represents the total sum of unclaimed funds in this estate and is paid to the court pursuant to 11 U.S.C. §347 and F. R. Bankr. P. 3010. The name and address of the party entitled to the unclaimed dividend is:

**Lisa R. Thomas**           Debtor           $2,366.67
1123 St. Agnes Lane                           Surplus Funds
Gwynn Oak, MD 21207

Date:  November 13, 2019

*Joseph J. Bellinger*
Joseph J. Bellinger, Trustee
300 E. Lombard Street, Ste. 2010
Baltimore, MD 21202
jbellinger@offitkurman.com
(410) 209-6415

*Chapter 7 trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 13, 2019, a copy of the foregoing Notice of Unclaimed Funds was mailed via first class mail, postage prepaid to the following:

Adam M. Freiman
115 McHenry Ave. Suite B4
Baltimore, MD 21208

Lisa R. Thomas
1123 St. Agnes Lane
Gwynn Oak, MD 21207

Office of the United States Trustee
101 W. Lombard Street, Suite 2625
Baltimore, Maryland 21201

/s/ *Joseph J. Bellinger, Esquire*
Joseph J. Bellinger, Esquire